Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEWIS, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P.<br><br>Defendant(s).<br>_____/ | No. CV 07 5611 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  11/07/07                                 /s/_____
                                                Irving L. Berg, Esq.
                                                THE BERG LAW GROUP
                                                145 Town Center, PMB 493
                                                Corte Madera, CA  94925
                                                (415) 924-0742
                                                Fax: (415) 891-8208

                                                Counsel for Plaintiff.