Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED LEWIS, individually and on behalf of all others similarly situated<br><br>    Plaintiff(s),<br><br>    v.<br><br>RESURGENT CAPITAL SERVICES, L.P.<br><br>    Defendant(s).<br>_____/ | No. CV 07 5611 JCS<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**ORDER** |

## I. RECITALS

A. On or about November 5, 2007, Plaintiff Fred Lewis ("Plaintiff") commenced this action against defendant Resurgent Capital Services, L.P., as a class action.

B. Plaintiff has not moved for class certification, the case has not gotten any publicity, and counsel is not aware of any putative class members who have relied upon this action.

C. The parties have settled this case on an individual basis, and have agreed to dismissal of this case with prejudice, as to Plaintiff only, and without prejudice as to any class member that may be identified in the future.

D. Defendant has not entered an appearance, or filed an answer or summary

judgment motion.

## II.  STIPULATION

Based on the foregoing, the parties, through their respective counsel, hereby stipulate and agree to dismiss this action with prejudice and without costs.  The claims of the putative class members shall not be affected, except for Plaintiff.

Dated: ___12/04_____, 2007          THE BERG LAW GROUP

By:  ____/s/_____
    Irving L. Berg
    Attorney for Plaintiff, Fred Lewis

Dated: _____12/05_____, 2007       RESURGENT CAPITAL SERVICES, L.P.

By:  ____/s/_____
    Michael P. Bahner, Corporate Attorney
    Duly authorized by Resurgent Capital Services

## ORDER

**SO ORDERED.**

Dated: _____, 2007        _____
    United States Magistrate Judge